[No. 44451-8-II. Division Two. August 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS B. WINTERBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02975-1, Vicki L. Hogan, J., entered January 4, 2013. *Remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Melnick, JJ.

[No. 44546-8-II. Division Two. August 5, 2014.]

*In the Matter of the Parentage of* A.M.C.

GREGORIO J. MERINO GONZALEZ, *Petitioner*, v. SOCORRO CONTRERAS SALDIVAR, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-5-00863-5, Frank E. Cuthbertson, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Hunt and Melnick, JJ.

[No. 44692-8-II. Division Two. August 5, 2014.]

*In the Matter of the Marriage of* TODD R. BROOKS, *Appellant*, and ZEECHA L. BROOKS, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-3-00348-1, Dennis P. Maher, J. Pro Tem., entered January 28, 2013. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Maxa and Lee, JJ.

[No. 45545-5-II. Division Two. August 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JESTIN SCOTT YOKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00612-7, Stephen M. Warning, J., entered October 29, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa and Melnick, JJ.